UNITED STATES DISTRICT COURT
FILED
NOV 5 . 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
**(Non-Prisoner Context)**

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

**1. CAPTION OF ACTION** 26 CV 2569

**A. Full Name of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Jessica Martin

-vs-

**B. Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Stranger Perpetrators 100+
2. Kal Hayes
3. Galen Owens
4. Kris Thaesler
5. Co-workers
6. Phillip Queroz

**2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT**
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: $75,000.00

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: Crime Location HInderance terrorism hostage, kidnapping location and residence of my relatives
USA, NYS, Erie County, Tonawanda

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: A to N personal injuries, restraining orders, other statutes, property rights
this but not limited to alll on cover sheet

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** **NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: jessica martin

Present Address: 74 steiner ave tonawanda ny 14150

Name of Second Plaintiff: relatives parents sister

Present Address: 74 steiner ave tonawanda ny webster

**DEFENDANT'S INFORMATION** **NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: all perpetrators' per OVS

Official Position of Defendant (if relevant): unknown

Address of Defendant: unknown

Name of Second Defendant: Names Unknown

Official Position of Defendant (if relevant): unknown

Address of Defendant: unknonw

Name of Third Defendant: unknown

Official Position of Defendant (if relevant): unknown

Address of Defendant: unknown

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ☑ No ☐

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

Plaintiff(s): jessica martin

Defendant(s): kal hayes

Police

2. Court (if federal court, name the district; if state court, name the county): unknown

3. Docket or Index Number: 24 CV 873 LJV

4. Name of Judge to whom case was assigned: Lawernce J Vilardo

5. The approximate date the action was filed: 2024

6. What was the disposition of the case?

Is it still pending? Yes ☑ No ☐

If not, give the approximate date it was resolved. unresolved "Hinderance"

Disposition (check those statements which apply):

☐ Dismissed (check the statement which indicates why it was dismissed):

☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

☐ By court due to your voluntary withdrawal of claim;

☐ Judgment upon motion or after trial entered for

☑ plaintiff

☐ defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

**A. FIRST CLAIM:** On (*date of the incident*) 8 27 2026,

defendant (*give the name and (if relevant) the position held of each defendant involved in this incident*)

perpetrators'- all boys "Males" "penis"

Work Perpetratos' Co-workers' Woodruff, Johnson, Genung, - "Inmates"'

did the following to me (*briefly state what each defendant named above did*): "hurt me, people I know, ruined money waste my time, must pay restitution owe more than $75,000.oo thousand and Hinderance are cruel and unusual Hinderance

cause pain Stealing, Stealed, Stolen,

Forcible Touching, Oral, Rape, Coercion, internal external stimuli

The Entire PL Code etc. ruin my work

Mental Medical Statutes

Product Liability Airplane

The federal basis for this claim is: $75,000.00 minimum, 10,0000.00 x 100+ 1000.00 x 100+

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
Grant Relief Sought -Restitution - More than $250,000.00 Body and Career problems with time

Punitive and Compensatory Damages and Restraining Orders Order doctors to treat injuries "wounds to be reported" without fees

**B. SECOND CLAIM:** On (*date of the incident*) 8 27 2026,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*)
same and similar Mrs Barry, Pieper, Girl Scouts

All Girls' - Becky, Emily, Crystal, Lindsay, Riegler,

did the following to me (*briefly state what each defendant named above did*): Wounds to be reported
aiding abetting Oral, Rape, Forcible Touching 100+ perpetrators

Leave, Education Discrimination EEOC Negligence, Neglect, Fraud, Waste Abuse

Murder, Homicide Death, Land Health Care Pharmacutical Personal Injury Employer

Blatant disregard human life

Tresspassing Intrusions

Assault Lieble Slander so much more than this also

The federal basis for this claim is: 75,000.00+/-

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
Money, Free medical care Damages

Grant Relief Sought

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

$500,000.00 +$500,000.00 = 1 million billion Grant Restraining Orders, Stay Awayorder Prison Jail for Perps'

Order Office of Victim Services pay Restituiton, Penalize the Perpetrators that hide behind Defendant title

New car, New House, Loss of Support From OVS Lost Wages Funeral Expenses etc..

Grant Office of Victim Services Awards and time extensions due to Disability Medical Care

Do you want a **jury trial**? Yes ☐ No ☑

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 9/19/2026
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Jessica Martin

Cynthia R. Martin

Stanley A. Martin

Signature(s) of Plaintiff(s)

Also
Aunts
Uncles
Grandparents
cousins
etc

no way to sign right now

all plaintiffs for now